■ In the Matter of QUANEESHA S.G., Respondent. ONEIDA COUNTY ATTORNEY, Respondent. THERESA M. GIROUARD, ESQ., Appellant. (Appeal No. 3.) [879 NYS2d 780]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered July 28, 2008 in a proceeding pursuant to Family Court Act article 3. The order removed Theresa M. Girouard, Esq. as Law Guardian for the child on the ground of conflict of interest with petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Hurlbutt, J.P., Centra, Peradotto, Carni and Gorski, JJ.